SWEET LIFE FOOD CORPORATION, Judgment Creditor, Appellant, v. ISIDORE SCHEFRIN, Judgment Debtor.— Motion for reargument denied, with ten dollars

costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.